[See Below for List of Counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>         Plaintiffs and Counterdefendants, <br><br>     vs. <br><br>MICRUS CORPORATION, <br><br>         Defendant and Counterclaimant. | Case No.: C04-04072-JW <br><br>**STIPULATED REQUEST TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus corporation ("Micrus") hereby request an order modifying the case schedule set by the Court's March 21, 2006 Scheduling Order.  The proposed schedule would amend the Court's current schedule to:  (1) include for purposes of discovery and claim construction asserted claims of U.S. Patent No. 5,895,385 ("the '385 patent") which are still in reexamination and reissue proceedings and (2) extend the current schedule for claim construction discovery and exchanges by approximately two and a half month to allow for discovery concerning the '385 patent.  The parties believe that this modification would streamline the case and potentially avoid the need for multiple claim construction hearings.

As the Court may recall, the '385 patent, one of the patents-in-suit, is currently undergoing reexamination/reissue proceedings before the United Patent and Trademark Office.  The Court's March 21 Order Denying Defendant's Motion To Stay Proceedings lifted the previous stay as to the claims that have been confirmed by the U.S. Patent and Trademark Office ("PTO"), but continued the stay with respect to those claims still pending reexamination.  At the March 20,

2006 scheduling conference, however, the Court suggested that the parties may seek to develop a discovery plan that is most efficient in light of the reexamination.

The parties have agreed that in the interest of conserving resources, avoiding duplication, and streamlining discovery, Boston Scientific, for the purposes of discovery and claim construction only, would identify pursuant to Patent L.R. 3-1, those claims of the '385 patent which are still in reexamination but that Boston Scientific intends to assert, if and when confirmed by the Patent Office.  This would permit the parties to take discovery on those claims now, at the same time they conduct discovery concerning the related '498 patent which has already been confirmed by the Patent Office and is no longer subject to a stay.  Moreover, by addressing the '385 and '498 patents together, only one round of claim construction briefing and one claim construction hearing should be necessary, rather than having a second round and separate hearing after the '385 patent emerges from the reexamination/reissue proceedings.  The '385 and '498 patent share the same specification and share some similar terms.  To the extent the '385 patent is still undergoing reexamination or reissue proceedings as the Court's dispositive motion cut-off approaches in this case, the parties will meet and confer regarding when and how dispositive motions for the '385 patent should be brought.

Accordingly, the parties respectfully request that the following revised schedule be entered by the Court.  Although the proposed schedules extends a number of claim construction deadlines to allow for the Patent Local Rule disclosures for the '385 patent, for the reasons discussed, the parties believe that in the long run the modified schedule will be more expeditious.

| EVENT | DATE SET BY COURT | PROPOSED DATE |
|---|---|---|
| PLR 3-1 & 3-2 disclosures | N/A | 8/7/06 |
| PLR 3-3 & 3-4 disclosures | N/A | 9/21/06 |
| PLR 4-1 disclosure | 6/19/06 | 9/25/06 |
| PLR 4-2 disclosure | 7/7/06 | 10/2/06 |
| PLR 4-3 disclosure | 8/4/06 | 10/16/06 |

| Opening claim construction expert report | 8/4/06 | 10/16/06 |
|---|---|---|
| Rebuttal claim construction expert report | 8/28/06 | 11/06/06 |
| Close of claim construction discovery | 9/1/06 | 11/22/06 |
| Claim construction opening briefing | 9/15/06 | 12/1/06 |
| Claim construction opposition briefing | 9/29/06 | 12/15/06 |
| Claim construction reply briefing | 10/6/06 | 12/22/06 |
| Claim construction hearing | 10/27/06 | 1/8/07 |

DATED: August 7, 2006

BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.


By: ___/s/_____

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (Bar No. 165493)
Julie L. Fieber (Bar No. 202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Fax:  (415) 986-2827

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 570-1231

WEIL, GOTSHAL & MANGES LLP


By:____/s/_____

Matthew D. Powers (Bar No. 104795)
Douglas E. Lumish (Bar No. 183863)
Eric Xanthopoulos (Bar No. 253973)
Rip J. Finst (Bar No. 234478)
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-310
Attorneys for
Defendant and Counterclaimant

1  [See below for List of Counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs and Counterdefendants, <br><br> vs. <br><br> MICRUS CORPORATION, <br><br> Defendant and Counterclaimant. | Case No.: C04-04072-JW <br><br> [~~PROPOSED~~] ORDER MODIFYING CASE SCHEDULE |

This matter came regularly before the Court on the stipulated request of plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. and defendant Micrus Corporation to modify the case schedule.

Good cause appearing, it is hereby ordered that the following schedule be adopted:

| EVENT | DATE |
|---|---|
| PLR 3-1 & 3-2 disclosures | 8/7/06 |
| PLR 3-3 & 3-4 disclosures | 9/21/06 |
| PLR 4-1 disclosure | 9/25/06 |
| PLR 4-2 disclosure | 10/2/06 |
| PLR 4-3 disclosure | 10/16/06 |
| Opening claim construction expert report | 10/16/06 |
| Rebuttal claim construction expert report | 11/06/06 |
| Close of claim construction discovery | 11/22/06 |

| | |
|---|---|
| Claim construction opening briefing | 12/1/06 |
| Claim construction opposition briefing | 12/15/06 |
| Claim construction reply briefing | 12/22/06 |
| Claim construction hearing | 1/7/06 |

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 9, 2006

_____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1719001.1