1  Michael F. Kelleher (SB#165943) - mkelleher@flk.com
2  Julie L. Fieber (SB#202857) - jfieber@flk.com
   FOLGER, LEVIN & KAHN LLP
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Tel: (415) 986-2800
5  Fax: (415) 986-2827

6
   J. Anthony Downs (*Pro Hac Vice*)
7  Roland H. Schwillinski (*Pro Hac Vice*)
   Amanda M. Kessel (*Pro Hac Vice*)
8  GOODWIN PROCTER LLP
   Exchange Place
9  53 State Street
   Boston, MA 02109-2281
10 Tel: (617) 570-1000
   Fax: (617) 523-1231
11

12 Attorneys for Plaintiffs
   BOSTON SCIENTIFIC CORP.
13 and TARGET THERAPEUTICS, INC.

14
   Matthew D. Powers (SB#104795)
15 Douglas E. Lumish (SB#183863) - doug.lumish@weil.com
   WEIL, GOTSHAL & MANGES LLP
16 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
17 Tel: (650) 802-3000
   Fax: (650) 802-3100
18

19 Attorneys for Defendant MICRUS CORPORATION

20                    **UNITED STATES DISTRICT COURT**

21                    **NORTHERN DISTRICT OF CALIFORNIA**

22                              **SAN JOSE DIVISION**

23 | BOSTON SCIENTIFIC CORPORATION and | Civil Case No. C 04 04072 (JW) |
   | TARGET THERAPEUTICS, INC., | |
24 | | **STIPULATED THIRD PARTY** |
   | Plaintiff, | **PROTECTIVE ORDER** |
25 | | |
   | v. | |
26 | | |
   | MICRUS CORPORATION, | |
   | | |
   | Defendant. | |

C 04 04072 (JW)
THIRD PARTY PROTECTIVE ORDER

Plaintiffs, Boston Scientific Corporation and Target Therapeutics, Inc. ("BSC-Target"), and Defendant, Micrus Corporation ("Micrus"), by and through their respective counsel of record, hereby stipulate and agree as follows for purposes of the deposition of David Ferrera, currently scheduled on September 22, 2006, in the above entitled action:

1. The parties will not question Mr. Ferrera on any details of his current or past responsibilities at MicroVention, Inc. ("MicroVention"), projects on which Mr. Ferrera has worked or is working at MicroVention, details on MicroVention products and technology, or any proprietary or trade secret information of MicroVention. Notwithstanding the foregoing, the parties may question, and Mr. Ferrera may provide testimony regarding date(s), location(s), the title(s) of his position at MicroVention, and his general responsibilities at MicroVention.

2. To the extent any testimony is provided that MicroVention designates confidential or proprietary to MicroVention, BSC-Target and Micrus, by and through their respective counsel of record, hereby stipulate and agree as follows:

3. "MicroVention Confidential Information," as used herein, means any information of any type, kind, or character that is designated as "Confidential, Attorneys' Eyes Only," by MicroVention or by the supplying or receiving parties, whether it be a document, information contained in a document, or information revealed during a deposition. In designating information as "Confidential, Attorneys' Eyes Only," a party will make such designation only as to that information that it in good faith believes is entitled to such designation and is confidential or trade secret information belonging to MicroVention.

4. MicroVention Confidential Information shall not be disclosed to any person except in accordance with the terms hereof or as required by law or Court order.

5. Information that may be designated "Confidential, Attorneys' Eyes Only" includes, but is not limited to, (i) proprietary technical information and specifications, (ii) trade secrets, (iii) confidential know-how, (iv) proprietary business and financial information, (v) non-public technical information, customer information, or information of a personal or sensitive nature, the disclosure of which is likely to have the effect of causing significant competitive harm to MicroVention.

| | |
|---|---|
| 1 | 6. Information designated "Confidential, Attorneys' Eyes Only" may only be |
| 2 | disclosed to the Court and counsel of record (Folger, Levin & Kahn LLP, Goodwin Procter, LLP, |
| 3 | or Weil Gotshal & Manges LLP) unless otherwise agreed by the parties and MicroVention or |
| 4 | ordered by the Court. |

7. In the event that any party to this litigation disagrees at any stage of these proceedings with the designation by MicroVention of any information as "Confidential, Attorneys' Eyes Only," the parties shall first try to resolve such dispute in good faith on an informal basis. If the parties are unsuccessful in informally resolving any disputes regarding the designation of any document or information as "Confidential, Attorneys' Eyes Only," the Court shall resolve all such disputes. It shall be the burden of the party challenging the designation to establish that information so designated is not "Confidential, Attorneys' Eyes Only" within the meaning of this Protective Order. In the event of a determination that information so designated is not "Confidential, Attorneys' Eyes Only," MicroVention shall have the right to designate such information "Confidential" under the protective order to be entered in this action.

FOLGER LEVIN & KAHN LLP

Dated: September 20, 2006    By:    /s/
                                    Counsel for BOSTON SCIENTIFIC CORP. and
                                    TARGET THERAPEUTICS, INC.
                                    Roland H. Schwillinski

WEIL, GOTSHAL & MANGES LLP

Dated: September 20, 2006    By:    /s/
                                    Counsel for MICRUS CORPORATION
                                    Matthew D. Powers

C 04 04072 (JW)
THIRD PARTY PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | Dated: September 20, 2006 | By: /s/ |
| 4 | | Counsel for MICROVENTION, INC.<br>John Kappos |
| 5 | | |
| 6 | IT IS SO ORDERED. | |
| 7 | | |
| 8 | | |
| 9 | Dated: 9/21/06 | |
| 10 | | The Honorable James Ware<br>United States District Judge |

NB1:695156.2

- 4 -

C 04 04072 (JW)
THIRD PARTY PROTECTIVE ORDER

| | |
|---|---|
| 1 | Pursuant to General Order 45, § X(B), I, Matthew Powers, attest that concurrence |
| 2 | in the filing of the document has been obtained from the other signatories of this document. |

WEIL, GOTSHAL & MANGES LLP

By: _____/S/_____
Matthew D. Powers

Attorneys for Micrus Corporation

C 04 04072 (JW)
THIRD PARTY PROTECTIVE ORDER