IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 04-04072 JW |
| Plaintiffs, v. | **ORDER RESETTING CLAIM CONSTRUCTION HEARING** |
| Micrus Corporation, et al., | |
| Defendants. | |

On March 21, 2006, the Court issued a Patent Scheduling Order, setting a claim construction hearing for October 27, 2006.  (See Docket Item No. 61.)  On August 10, 2006, the Court granted the parties' stipulation to modify the scheduling order.  (See Docket Item No. 65.)  The Amended Order sets claim construction for January 8, 2007.  The Court now moves the hearing to **Thursday, January 11, 2007 from 9 a.m. to 12 noon**.

Dated: October 17, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Douglas E. Lumish doug.lumish@weil.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Matthew D. Powers matthew.powers@weil.com
Michael Francis Kelleher mkelleher@flk.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com


Dated:  October 17, 2006                    Richard W. Wieking, Clerk


                                            By:   /s/ JW Chambers
                                                  Elizabeth Garcia
                                                  Courtroom Deputy