1 | [See Signature Page For List Of Counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br>   Plaintiff and Counterdefendant, <br><br> v. <br><br> MICRUS CORPORATION, <br><br>   Defendant and Counterclaimant. | Case No. C 04-04072 (JW) <br><br> **STIPULATION TO AMEND SCHEDULE AND [PROPOSED] ORDER** |

1    Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific
2  Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant
3  Micrus Corporation ("Micrus") hereby request an order modifying the case schedule set by the
4  Court's August 9, 2006 Scheduling Order.  The proposed schedule would extend the current
5  schedule for claim construction discovery and exchanges by approximately one-and-a-half
6  months to allow for discovery concerning U.S. Patent 5,895,385, which is still in reexamination
7  and reissue proceedings.  Discovery with respect to the '385 patent was only recently started in
8  order to streamline the case and potentially avoid the need for multiple claim construction
9  hearings.

| *Event* | *Current Schedule* | *Revised due date* |
|---|---|---|
| PLR 4-2 disclosure | 10/02/06 | Mon., 10/23/06 |
| PLR 4-3 disclosure | 10/16/06 | Fri., 11/10/06 |
| Opening claim construction report | 10/16/06 | Fri., 11/10/06 |
| Rebuttal claim construction report | 11/06/06 | Mon., 12/04/06 |
| Close of claim construction discovery | 11/22/06 | Fri., 12/22/06 |
| Claim construction opening briefing | 12/01/06 | Fri., 01/12/07 |
| Claim construction opposition briefing | 12/15/06 | Fri., 01/26/07 |
| Claim construction reply briefing | 12/22/06 | Fri., 02/02/07 |
| Claim construction hearing | 01/11/06 | Mon., 02/26/07 |

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  This continuance is not entered into for purposes of delay. Conflicts associated
2  with the schedules of counsel and witnesses hinder the completion of expert reports and
3  depositions before their present due dates.
4  Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of
5  perjury that counsel for Boston concurs in the filing of this stipulation.

Dated: October 26, 2006

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: ___/s/_____ | By: ___/s/_____ |
| FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Fax: (415) 986-2827<br><br>GOODWIN PROCTER LLP<br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Amanda M. Kessel (*Pro Hac Vice*)<br>Exchange Place<br>Boston, Massachusetts 02109-2881<br>Tel: (617) 570-1000<br>Fax: (617) 570-1231<br><br>Attorneys for<br>Plaintiff and Counterdefendant | WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Eric Xanthopoulos (Bar No. 253973)<br>Rip J. Finst (Bar No. 234478)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-310<br><br>Attorneys for<br>Defendant and Counterclaimant |

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 27, 2006

_____
Hon. James Ware
United States District Judge

STIPULATION TO AMEND SCHEDULE AND
[PROPOSED] ORDER

Case No. C 04-04072 (JW)
(#258280)

**SUPPORTING DECLARATION OF ERIC XANTHOPOULOS**

Pursuant to Civil L.R. 6-2, I, Eric Xanthopoulos, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate with the firm Weil, Gotshal & Manges LLP, attorneys of record for Micrus Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule in this case should be extended, as requested above, to permit the orderly completion of expert reports, discovery, and claim construction briefing.

3. There have not been any prior modifications to the August 9, 2006 Scheduling Order (Docket No. 65), which partially modified the March 21, 2006 Scheduling Order (Docket No. 61).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **October 26, 2006,** at Redwood Shores, California.

/s/
_____
Eric Xanthopoulos