1  [SEE SIGNATURE PAGE FOR ATTORNEY
2  NAMES]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11
12 | BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., | Case No. C 04 04072 (JW)
13 | Plaintiff, | AMENDED STIPULATION TO EXTEND DATE FOR SUBMISSION OF JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3 AND [PROPOSED] ORDER
14 | v. |
15 | MICRUS CORPORATION, |
16 | Defendant. |

17
18
19         Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, Plaintiffs Boston Scientific
20  Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and Defendant Micrus
21  Corporation ("Micrus") hereby request an order modifying the schedule for filing the Joint Claim
22  Construction and Prehearing Statement Pursuant to Patent Local Rule 4-3 ("Joint Statement") by
23  five business days.
24         On October 27, 2006 the Court approved the parties' Stipulation To Amend
25  Schedule that set November 10, 2006 as the date for submission of the Joint Statement and as the
26  date for the exchange of opening claim construction expert reports. Due to expert scheduling
27  issues, the parties request an order modifying this schedule to allow for the submission of the
28  Joint Statement Friday, November 17, 2006, and the exchange of opening claim construction

expert reports to occur on Monday, November 13, 2006. This request does not alter any other date set by the Court.

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston concurs in the filing of this stipulation.

Dated: November 13, 2006

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: /s/ Amanda M. Kessel | By: /s/ Eric Xanthopoulos |
| FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800<br>Fax: 415-986-2827<br><br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Amanda M. Kessel (*Pro Hac Vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-570-1231<br>Attorneys for Plaintiff | WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Eric Xanthopoulos (Bar No. 253973)<br>Rip J. Finst (Bar No. 234478)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650-802-3000<br>Fax: 650-802-3100<br>Attorneys for Defendant |

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 14, 2006

_____
Hon. James Ware
United States District Judge

Amended Stip. To Extend Date For Submission Of Jt. Claim Construction And Prehearing Statement Pursuant To Patent L.R. 4-3 And [Proposed] Order

2

(#259771)

## SUPPORTING DECLARATION OF ERIC XANTHOPOULOS

Pursuant to Civil L.R. 6-2, I, Eric Xanthopoulos, declare as follows

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate with the firm of Weil, Gotshal & Manges LLP, attorneys of record for Micrus Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3. There have not been any prior modifications to the October 27, 2006 Order (Docket No. 70) entering the amended schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed **November 13, 2006** at Redwood Shores, California.

/s/ Eric Xanthopoulos
Eric Xanthopoulos

Amended Stip. To Extend Date For Submission Of Jt. Claim
Construction And Prehearing Statement Pursuant To Patent L.R.
4-3 And [Proposed] Order

3

(#259771)