[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

*E-FILED 11/14/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRUS CORPORATION, <br><br> Defendant. | Case No. C 04 04072 (JW) <br><br> **STIPULATION TO EXTEND SCHEDULE FOR MICRUS' MOTION TO COMPEL COMPLETE RESPONSES TO MICRUS' INTERROGATORIES 2-5 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12 and at plaintiff's request, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus Corporation ("Micrus") hereby request an order modifying the schedule for filing Boston Scientific's opposition, Micrus' reply, and hearing arguments for Micrus' Motion To Compel Complete Responses To Micrus' Interrogatories 2-5.

| *Event* | *Current Schedule* | *Revised due date* |
|---|---|---|
| Boston Scientific's Opposition due | Wed., 11/15/06 | Wed., 11/22/06 |
| Micrus' Reply due | Wed., 11/22/06 | Fri., 12/01/06 |
| Hearing | Wed., 12/06/06 | Wed., 12/13/06 or as soon thereafter as the motion may be heard |

Stip. to Extend Schedule For Micrus' Motion To Compel Complete Responses To Micrus' Interrogatories 2-5 And [Proposed] Order

(#259729)

1    Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of

2    perjury that counsel for Boston concurs in the filing of this stipulation.

3

4    Dated: November 14, 2006

5    BOSTON SCIENTIFIC CORP. and          MICRUS CORPORATION
     TARGET THERAPEUTICS, INC.
6

7

8    By:___/s/ Amanda M. Kessel_____     By:___/s/ Eric Xanthopoulos_____

9    FOLGER LEVIN & KAHN LLP              WEIL, GOTSHAL & MANGES LLP
10   Michael F. Kelleher (Bar No. 165493)    Matthew D. Powers (Bar No. 104795)
     Julie L. Fieber (Bar No. 202857)        Douglas E. Lumish (Bar No. 183863)
11   Embarcadero Center West                 Eric Xanthopoulos (Bar No. 253973)
     275 Battery Street, 23rd Floor          Rip J. Finst (Bar No. 234478)
12   San Francisco, CA 94111                 Silicon Valley Office
     Telephone: 415-986-2800                 201 Redwood Shores Parkway
13   Fax: 415-986-2827                       Redwood Shores, CA 94065
                                             Telephone: 650-802-3000
14                                           Fax: 650-802-3100

15   J. Anthony Downs (*Pro Hac Vice*)       Attorneys for Defendant
     Roland H. Schwillinski (*Pro Hac Vice*)
16   Amanda M. Kessel (*Pro Hac Vice*)
     GOODWIN PROCTER LLP
17   Exchange Place
18   Boston, MA  02109-2881
     Telephone: 617-570-1000
19   Fax: 617-570-1231
20   Attorneys for Plaintiff

21

22                        [PROPOSED] ORDER

23           Pursuant to stipulation, IT IS SO ORDERED.

24   Dated: November 14, 2006

25                                  _____
                                    Hon. Richard Seeborg
26                                  United States District Court
                                    Magistrate Judge
27

28

## SUPPORTING DECLARATION OF ERIC XANTHOPOULOS

Pursuant to Civil L.R. 6-2, I, Eric Xanthopoulos, declare as follows

1.      I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate with the firm of Weil, Gotshal & Manges LLP, attorneys of record for Micrus Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.      The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3.      There have not been any prior modifications to the schedule for Micrus' Motion To Compel Complete Responses To Micrus' Interrogatories 2-5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed **November 14, 2006** at Redwood Shores, California.

*/s/ Eric Xanthopoulos*
Eric Xanthopoulos

Stip. to Extend Schedule For Micrus' Motion To Compel
Complete Responses To Micrus' Interrogatories 2-5 And
[Proposed] Order

3

(#259729)