1  [SEE SIGNATURE PAGE FOR ATTORNEY
2  NAMES]

3  *E-FILED 11/21/06*

4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION

11

12  BOSTON SCIENTIFIC CORP. and TARGET        Case No. C 04 04072 (JW)
    THERAPEUTICS, INC.,
13                                            **SECOND STIPULATION TO EXTEND**
              Plaintiff,                      **SCHEDULE FOR MICRUS' MOTION**
14                                            **TO COMPEL COMPLETE**
         v.                                   **RESPONSES TO MICRUS'**
15                                            **INTERROGATORIES 2-5 AND**
    MICRUS CORPORATION,                       **[**~~PROPOSED~~**] ORDER**
16
              Defendant.
17

18

19       Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12 and at plaintiff's request, plaintiffs

20  Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and

21  defendant Micrus Corporation ("Micrus") hereby request an order modifying the schedule for

22  filing Boston Scientific's opposition, Micrus' reply, and hearing arguments for Micrus' Motion

23  To Compel Complete Responses To Micrus' Interrogatories 2-5. The parties are in the process of

24  meeting and conferring in an attempt to narrow the discovery issues in dispute. A one-week

25  extension will allow the parties additional time to resolve these disputed issues. If the parties

26  succeed in resolving these disputed issues, Micrus's Motion to Compel Complete Responses To

27  Micrus' Interrogatories 2-5 would become moot.

28

Second Stip. to Extend Schedule For Micrus' Motion To Compel
Complete Responses To Micrus' Interrogatories 2-5 And
[Proposed] Order

Case 5:04-cv-04072-JW    Document 81    Filed 11/21/06    Page 2 of 4

| *Event* | *Current Schedule* | *Revised due date* |
|---|---|---|
| Boston Scientific's Opposition due | Wed., 11/22/06 | Wed., 11/29/06 |
| Micrus' Reply due | Fri., 12/01/06 | Wed., 12/6/06 |
| Hearing | Wed., 12/13/06 | Wed., 1/03/06 or as soon thereafter as the motion may be heard |

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty of perjury that counsel for Micrus concurs in the filing of this stipulation.

Dated: November 21, 2006

BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.

MICRUS CORPORATION

By:  */s/ Amanda M. Kessel*

By:  */s/ Eric Xanthopoulos*

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (Bar No. 165493)
Julie L. Fieber (Bar No. 202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  415-986-2800
Fax:  415-986-2827

WEIL, GOTSHAL & MANGES LLP
Matthew D. Powers (Bar No. 104795)
Douglas E. Lumish (Bar No. 183863)
Eric Xanthopoulos (Bar No. 253973)
Rip J. Finst (Bar No. 234478)
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Fax:  650-802-3100
Attorneys for Defendant

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
Telephone: 617-570-1000
Fax: 617-570-1231
Attorneys for Plaintiff

Second Stip. to Extend Schedule For Micrus' Motion To Compel
Complete Responses To Micrus' Interrogatories 2-5 And
[Proposed] Order

2

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3

4  Dated: November 21, 2006                    _____
                                                Hon. Richard Seeborg
5                                               United States District Court
                                                Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Stip. to Extend Schedule For Micrus' Motion To Compel
Complete Responses To Micrus' Interrogatories 2-5 And
[Proposed] Order                                       3

**SUPPORTING DECLARATION OF AMANDA M. KESSEL**

Pursuant to Civil L.R. 6-2, I, Amanda M. Kessel, declare as follows

1. I am an associate in the law firm of Goodwin Procter LLP, a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific" or "Plaintiffs") in the above-captioned case. I have been admitted to practice before the Court *pro hac vice* for purposes of this action.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3. There has been one prior modification to the schedule for Micrus' Motion To Compel Complete Responses To Micrus' Interrogatories 2-5, entered by Judge Seeborg on November 14, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed **November 21, 2006** at Boston, Massachusetts.

*/s/ Amanda M. Kessel*
Amanda M. Kessel