1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., | Case No.: C 04 04072 (JW) |
|---|---|
| Plaintiffs, | **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO THE DECLARATION OF ROLAND H. SCHWILLINSKI IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT MICRUS CORPORATION'S MOTION TO COMPEL RESPONSE TO INTERROGATORIES 2-5 UNDER SEAL** |
| vs. | |
| MICRUS CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rules 79-5 and 7-11(b), Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. ("Boston Scientific") hereby request that the Court file under seal Exhibits C and D to the Declaration of Roland H. Schwillinski in Support of Plaintiffs' Response to Defendant Micrus Corporation's Motion to Compel Response to Interrogatories 2-5.  Boston Scientific submits this Miscellaneous Administrative Request in support of this request to file these materials under seal.  Counsel for Micrus has reviewed and does not object to this request.

Exhibits C and D have been designated by Boston Scientific as confidential under the draft Protective Order that is still being negotiated by the parties as they contain confidential inventor deposition testimony and proprietary information.  Accordingly, the parties request that the Court grant this Miscellaneous Administrative Request, and file Exhibits C and D to the Schwillinski Decl. under seal.  A Proposed Order granting this request is submitted herewith.

1

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS C AND D
TO THE DECLARATION OF ROLAND H. SCHWILLINSKI UNDER SEAL  -** Case No. C-04-04072 JW

1    Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty

2  of perjury that counsel for Micrus concurs in the filing of this stipulation.

3

4  DATED: November 29, 2006

5  BOSTON SCIENTIFIC CORP. and                     MICRUS CORPORATION
   TARGET THERAPEUTICS, INC.
6

7

8  By:___/s/_____               By:___/s/_____

9  FOLGER LEVIN & KAHN LLP                         WEIL, GOTSHAL & MANGES LLP
   Michael F. Kelleher (Bar No. 165493)            Matthew D. Powers (Bar No. 104795)
10 Julie L. Fieber (Bar No. 202857)                Douglas E. Lumish (Bar No. 183863)
   Embarcadero Center West                         Eric Xanthopoulos (Bar No. 253973)
11 275 Battery Street, 23rd Floor                  Rip J. Finst (Bar No. 234478)
12 San Francisco, CA 94111                         Silicon Valley Office
   Telephone: 415-986-2800                         201 Redwood Shores Parkway
13 Fax: 415-986-2827                               Redwood Shores, CA 94065
                                                   Telephone: 650-802-3000
14                                                 Fax: 650-802-3100
15 J. Anthony Downs (*Pro Hac Vice*)               Attorneys for Defendant
   Roland H. Schwillinski (*Pro Hac Vice*)
16 Amanda M. Kessel (*Pro Hac Vice*)
   GOODWIN PROCTER LLP
17 Exchange Place
   Boston, MA  02109-2881
18 Telephone: 617-570-1000
19 Fax: 617-570-1231
   Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>MICRUS CORPORATION, <br><br>Defendant. | Case No.: C04-04072-JW <br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to Plaintiffs' Boston Scientific Corporation and Target Therapeutics, Inc. Miscellaneous Administrative Request, the following documents shall be filed under seal and not placed in the public file in this action: Exhibits C and D to the Declaration of Roland H. Schwillinski in Support of Plaintiffs' Response to Defendant Micrus Corporation's Motion to Compel Response to Interrogatories 2-5.

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: __Nov. 30__, 2006

_____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1747647.1

1
[~~PROPOSED~~] ORDER- Case No. C-04-04072 JW