1   Patrick S. Thompson (SB# 160804)
    GOODWIN PROCTER LLP
2   101 California Street
    San Francisco, CA  94111
3   Tel:  (415) 733-6000
    Fax: (415) 677-9041
4
    J. Anthony Downs (*Pro Hac Vice*)
5   Roland H. Schwillinski (*Pro Hac Vice*)
    Amanda M. Kessel (*Pro Hac Vice*)
6   GOODWIN PROCTER LLP
    Exchange Place
7   Boston, Massachusetts 02109-2881
    Tel:  (617) 570-1000
8   Fax: (617) 523-1231

9   Michael F. Kelleher (SB# 165493)
    Julie L. Fieber (SB# 202857)
10  FOLGER LEVIN & KAHN LLP
    Embarcadero Center West
11  275 Battery Street, 23rd Floor
    San Francisco, CA  94111
12  Tel:  (415) 986-2800
    Fax: (415) 986-2827
13
    Attorneys for Plaintiffs
14  BOSTON SCIENTIFIC CORP.
    and TARGET THERAPEUTICS, INC.
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19  BOSTON SCIENTIFIC CORP. and
    TARGET THERAPEUTICS, INC.,
20                                          Case No.:  C-04-04072 (JW)
                          Plaintiffs,
21                                          **NOTICE OF WITHDRAWAL OF**
          vs.                               **AMANDA M. KESSEL**
22  MICRUS CORPORATION,

23                        Defendant.

24

25

26

27

28

1    Kindly withdraw the appearance of Amanda M. Kessel of Goodwin Procter LLP as counsel

2  for Plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc.  Patrick S. Thompson, J.

3  Anthony Downs, and Roland H. Schwillinski, all of Goodwin Procter LLP, will remain as counsel

4  of record for Plaintiffs.

5

6

7  DATED: January 25, 2007                    BOSTON SCIENTIFIC CORP.
                                              and TARGET THERAPEUTICS, INC.

8

9                                             By:  */s/ Patrick S. Thompson*
                                              Patrick S. Thompson (SB# 160804)
10                                            GOODWIN PROCTER LLP
                                              101 California Street
11                                            San Francisco, CA  94111
                                              Tel:  (415) 733-6000
12                                            Fax: (415) 677-9041

13                                            J. Anthony Downs (*Pro Hac Vice*)
                                              Roland H. Schwillinski (*Pro Hac Vice*)
14                                            Amanda M. Kessel (*Pro Hac Vice*)
                                              GOODWIN PROCTER LLP
15                                            Exchange Place
                                              Boston, Massachusetts 02109-2881
16                                            Tel:  (617) 570-1000
                                              Fax: (617) 523-1231
17
                                              Michael F. Kelleher (SB# 165493)
18                                            Julie L. Fieber (SB# 202857)
                                              FOLGER LEVIN & KAHN LLP
19                                            Embarcadero Center West
                                              275 Battery Street, 23rd Floor
20                                            San Francisco, CA  94111
                                              Tel:  (415) 986-2800
21                                            Fax: (415) 986-2827

22                                            Attorneys for Plaintiffs Boston Scientific
                                              Corp. and Target Therapeutics, Inc.
23

24

25

26  LIBA/1760297.1

27

28

2

**NOTICE OF APPEARANCE – CASE NO. C-04-04072 (JW)**

1

## <u>CERTIFICATE OF SERVICE</u>

2

      I hereby certify that this document filed through the ECF system will be sent electronically

3

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper

4

copies will be sent to those indicated as non-registered participants on January 25, 2007.

5

6

7

                              */s/ Patrick S. Thompson*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE – CASE NO. C-04-04072 (JW)**