[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No.: C 04 04072 (JW)<br><br>**STIPULATION TO EXCEED PAGE LIMITATION FOR PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |

    Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific"), and defendants Micrus Corporation ("Micrus"), hereby stipulate that Boston Scientific's Opening Claim Construction Brief is permitted to exceed the 25-page limit by five (5) pages. Good cause exists to allow Boston Scientific to file a brief in excess of the page limit due to the number of patents and disputed claim terms at issue in this case and the need to enable a full and thorough presentation of the issues to the Court.

    Counsel for both parties have reviewed this stipulation and concurs in it.

1

2  DATED: February 9, 2007

3  BOSTON SCIENTIFIC CORP. and            MICRUS CORPORATION
4  TARGET THERAPEUTICS, INC.

5

6  By:___/s/ Allison H. Stiles_____   By:___/s/ Eric P. Xanthopoulos_____
7  FOLGER LEVIN & KAHN LLP                WEIL, GOTSHAL & MANGES LLP
   Michael F. Kelleher (Bar No. 165493)   Matthew D. Powers (Bar No. 104795)
8  Julie L. Fieber (Bar No. 202857)       Douglas E. Lumish (Bar No. 183863)
   Embarcadero Center West                Eric Xanthopoulos (Bar No. 253973)
9  275 Battery Street, 23rd Floor         Rip J. Finst (Bar No. 234478)
   San Francisco, CA 94111                Silicon Valley Office
10 Telephone: 415-986-2800                201 Redwood Shores Parkway
11 Fax: 415-986-2827                      Redwood Shores, CA 94065
                                          Telephone: 650-802-3000
12                                        Fax: 650-802-3100
   J. Anthony Downs (*Pro Hac Vice*)      Attorneys for Defendant
13 Roland H. Schwillinski (*Pro Hac Vice*)
   Allison H. Stiles (*Pro Hac Vice*)
14 GOODWIN PROCTER LLP
15 Exchange Place
   Boston, MA 02109-2881
16 Telephone: 617-570-1000
   Fax: 617-570-1231
17 Attorneys for Plaintiff

18

19                    [~~PROPOSED~~] ORDER

20          Pursuant to stipulation, IT IS SO ORDERED.

21

22  Dated: February 12, 2007
                                          _____
23                                        Hon. James Ware
                                          United States District Judge
24                                        Northern District of California

25

26

27

28