[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICRUS CORPORATION, <br><br> Defendant. | Case No.: C 04 04072 (JW) <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPENING CLAIM CONSTRUCTION BRIEF ON THE GUGLIELMI PATENTS UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. ("Boston Scientific") hereby request that the Court file under seal Plaintiffs' Corrected Opening Claim Construction Brief. Boston Scientific and Micrus submit this Miscellaneous Administrative Request in support of this request to file these materials under seal.

Plaintiffs' Opening Claim Construction Brief and Exhibits E and O to the Declaration of Allison H. Stiles in Support of Plaintiffs' Opening Claim Construction Brief On the Guglielmi Patents have already been filed under seal. Exhibit E and O were designated by Micrus as confidential under the draft Protective Order that is still being negotiated by the parties, as they contain proprietary information. Plaintiffs' Opening Claim Construction Brief quotes from Exhibits E and O, and Plaintiffs' Corrected Opening Claim Construction Brief quotes from the Exhibits as well.

Accordingly, Boston Scientific requests that the Court grant this Miscellaneous Administrative Request, and file Plaintiffs' Corrected Opening Claim Construction Brief under seal. A Proposed Order granting this request is submitted herewith.

1

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPENING CLAIM CONSTRUCTION BRIEF UNDER SEAL - Case No. C-04-04072 JW

1  Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty
2  of perjury that counsel for Micrus concurs in the filing of this stipulation.
3
4
5  DATED: February 12, 2007
   BOSTON SCIENTIFIC CORP. and                    MICRUS CORPORATION
   TARGET THERAPEUTICS, INC.
6
7
8  By:  /s/ *Allison H. Stiles*                    By:  /s/ *Eric P. Xanthopoulos*
   FOLGER LEVIN & KAHN LLP                        WEIL, GOTSHAL & MANGES LLP
9  Michael F. Kelleher (Bar No. 165493)           Matthew D. Powers (Bar No. 104795)
   Julie L. Fieber (Bar No. 202857)               Douglas E. Lumish (Bar No. 183863)
10 Embarcadero Center West                        Eric Xanthopoulos (Bar No. 253973)
   275 Battery Street, 23rd Floor                 Rip J. Finst (Bar No. 234478)
11 San Francisco, CA 94111                        Silicon Valley Office
12 Telephone: 415-986-2800                        201 Redwood Shores Parkway
   Fax: 415-986-2827                              Redwood Shores, CA 94065
13                                                Telephone: 650-802-3000
                                                  Fax: 650-802-3100
14 J. Anthony Downs (*Pro Hac Vice*)              Attorneys for Defendant
15 Roland H. Schwillinski (*Pro Hac Vice*)
   Allison H. Stiles (*Pro Hac Vice*)
16 GOODWIN PROCTER LLP
   Exchange Place
17 Boston, MA  02109-2881
   Telephone: 617-570-1000
18 Fax: 617-570-1231
19 Attorneys for Plaintiff
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No.: C04-04072-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPENING CLAIM CONSTRUCTION BRIEF ON THE GUGLIELMI PATENTS UNDER SEAL** |

Pursuant to Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc.'s Miscellaneous Administrative Request, Plaintiffs' Corrected Opening Claim Construction Brief shall be filed under seal and not placed in the public file in this action:

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: __ 2/14 __, 2007        _____
                               Hon. James Ware
                               United States District Judge
                               Northern District of California

1  LIBA/1764487.1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPENING CLAIM CONSTRUCTION BRIEF UNDER SEAL -** Case No. C-04-04072 JW