1  [SEE SIGNATURE PAGE FOR ATTORNEY
2  NAMES]
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11

| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., | Case No. C 04 04072 (JW) |
|---|---|
| Plaintiff and Counterdefendant, | **STIPULATION TO AMEND SCHEDULE AND [PROPOSED] ORDER** |
| v. | |
| MICRUS CORPORATION, | |
| Defendant and Counterclaimant. | |

1

2   Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific
3   Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant
4   Micrus Corporation ("Micrus") hereby jointly request an order modifying the case schedule set by
5   the Court's December 27, 2006 Order (Docket No. 91) setting the Claim Construction hearing in
6   this case for March 2, 2007, and modifying the Court's earlier October 27, 2006 Scheduling
7   Order (Docket No. 70). Micrus' lead trial counsel is scheduled to be in trial on another matter on
8   March 2, 2007. The proposed schedule would reset the claim construction hearing date to March
9   26, 2007 or as soon thereafter as is convenient for the Court. The proposed schedule would also
10  extend the dates for claim construction briefing to reflect a later hearing date and to accommodate
11  difficulties the parties experienced in scheduling depositions of their experts.

12  Accordingly, the parties respectfully request that the Court enter the following
13  schedule for the claim construction hearing and associated briefing in this case:

| *Event* | *Current Schedule* | *Revised due date* |
|---|---|---|
| Opening briefs (Each party to file an opening brief concerning the disputed terms in its asserted patents) | Fri., 1/12/07 | Fri., 02/09/07 |
| Opposition briefs (responsive to opening briefs) | Fri., 1/26/07 | Fri., 03/02/07 |
| Reply briefs (responsive to opposition briefs) | Fri., 2/02/07 | Mon., 03/12/07 |
| Claim construction hearing | Mon., 3/02/07 | ~~Mon., 03/26/07~~ or as soon thereafter as is convenient for the Court<br>FRIDAY MARCH 30, 2007 @ 9:00 AM |

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston concurs in the filing of this stipulation.

Dated: January 11, 2007

| BOSTON SCIENTIFIC CORP. and<br>TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: /s/ Roland H. Schwillinski<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800<br>Fax: 415-986-2827<br><br>GOODWIN PROCTER LLP<br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Amanda M. Kessel (*Pro Hac Vice*)<br>Exchange Place<br>Boston, MA 02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-570-1231<br>Attorneys for Plaintiff | By: /s/ Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Eric Xanthopoulos (Bar No. 253973)<br>Rip J. Finst (Bar No. 234478)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650-802-3000<br>Fax: 650-802-3100<br>Attorneys for Defendant |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ~~January ___, 2007~~ February 15 2007

 Hon. James Ware
 United States District Judge