UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No.: C04-04072-JW<br><br>[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS E AND O TO THE DECLARATION OF ALLISON H. STILES IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF ON THE GUGLIELMI PATENTS; PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF UNDER SEAL; EXHIBITS J AND M TO THE DECLARATION OF DOUGLAS E. LUMISH IN SUPPORT OF MICRUS' OPENING CLAIM CONSTRUCTION BRIEF; AND MICRUS' OPENING CLAIM CONSTRUCTION BRIEF UNDER SEAL |

Pursuant to Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. and Defendant Micrus Corporation's Miscellaneous Administrative Request, the following documents shall be filed under seal and not placed in the public file in this action:

- Exhibits E and O to the Declaration of Allison H. Stiles in Support of Plaintiffs' Opening Claim Construction Brief on the Guglielmi Patents, and

- Plaintiffs' Opening Claim Construction Brief, and

- Exhibits J and M to the Declaration of Douglas E. Lumish in Support of Micrus' Opening Claim Construction Brief ("Lumish Decl."), and

- Micrus' Opening Claim Construction Brief.

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: ___2/14___, 2007

_____
Hon. James Ware
United States District Judge
Northern District of California

4