1  [SEE SIGNATURE PAGE FOR ATTORNEY
2  NAMES]

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> MICRUS CORPORATION, <br><br> Defendant and Counterclaimant. | Case No. C 04 04072 (JW) <br><br> **STIPULATION TO AMEND SCHEDULE AND [PROPOSED] ORDER** |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus Corporation ("Micrus") hereby jointly request an order modifying the case schedule set by the Court's February 15, 2007 Order (Docket No. 120) setting the Claim Construction hearing in this case for March 30, 2007, and modifying the Court's earlier December 27, 2007 Clerk's Notice (Docket No. 91). Both Micrus and Boston Scientific's lead trial counsel are scheduled to be in trial on other matters on March 30, 2007. The proposed schedule would reset the claim construction hearing date to May 15, 2007. Alternatively, the parties are available on May 16, 21, and 22 and ask the Court to set the claim construction on one of those dates if May 15 is unacceptable to the Court. |
| 2 | The proposed schedule would also extend the dates for claim construction briefing to reflect a later hearing date. The opposition briefs would be due five weeks before the claim construction hearing date selected by the Court. For example, if the hearing is set for May 15, the opposition briefing would be due on April 17. The reply briefs would be due two weeks before the claim construction hearing date selected by the Court. For example, again assuming a May 15 hearing date, the reply briefing would be due on May 1. |
| 3 | Accordingly, the parties respectfully request that the Court enter the following schedule for the claim construction hearing and associated briefing in this case: |

| Event | Current Schedule | Revised due date |
|---|---|---|
| Opposition briefs (responsive to opening briefs) | Fri., 03/02/07 | ~~XXXX XX XXXXX~~ or five weeks before the hearing date set by the Court |
| Reply briefs (responsive to opposition briefs) | Mon., 03/12/07 | ~~XXXX XX XXXX~~ or two weeks before the hearing date set by the Court |
| Claim construction hearing | Fri., 03/30/07 | ~~XXXX XX XXXXX XXXXXXXXX XXXXX XXXXX XXXXX XXXXX~~ |

**Revised Due Dates:**
Opposition Briefs Due by: **April 30 2007**
Reply Briefs Due by: **May 25 2007**
Claims Construction Hearing set for: **June 8 2007 at 9:00 AM**

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston concurs in the filing of this stipulation.

Dated: March 1, 2007

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: _/s/ Roland H. Schwillinski_ | _/s/ Douglas E. Lumish_ |
| FOLGER LEVIN & KAHN LLP | WEIL, GOTSHAL & MANGES LLP |
| Michael F. Kelleher (Bar No. 165493) | Matthew D. Powers (Bar No. 104795) |
| Julie L. Fieber (Bar No. 202857) | Douglas E. Lumish (Bar No. 183863) |
| Embarcadero Center West | Eric Xanthopoulos (Bar No. 253973) |
| 275 Battery Street, 23rd Floor | Rip J. Finst (Bar No. 234478) |
| San Francisco, CA 94111 | Silicon Valley Office |
| Telephone: 415-986-2800 | 201 Redwood Shores Parkway |
| Fax: 415-986-2827 | Redwood Shores, CA 94065 |
| | Telephone: 650-802-3000 |
| GOODWIN PROCTER LLP | Fax: 650-802-3100 |
| J. Anthony Downs (*Pro Hac Vice*) | Attorneys for Defendant |
| Roland H. Schwillinski (*Pro Hac Vice*) | |
| Amanda M. Kessel (*Pro Hac Vice*) | |
| Exchange Place | |
| Boston, MA  02109-2881 | |
| Telephone: 617-570-1000 | |
| Fax: 617-570-1231 | |
| Attorneys for Plaintiff | |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 6, 2007

_____
Hon. James Ware
United States District Judge

Stipulation To Amend Schedule And [Proposed] Order    2                                266581