[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> MICRUS CORPORATION, <br><br> Defendant and Counterclaimant. | Case No. C 04 04072 (JW) <br><br> **STIPULATED REQUEST FOR A TELEPHONIC SCHEDULING CONFERENCE TO SET CLAIM CONSTRUCTION HEARING DATE** |

On several occasions, the parties have attempted in good faith to resolve scheduling conflicts concerning the claim construction hearing date in this action, and have submitted stipulations proposing dates on which lead counsel for both parties were available. Those dates apparently did not work with the Court's schedule, and the Court has set the hearing for alternative dates. Most recently, the Court set the claim construction hearing for June 8, 2007, a date on which, unfortunately, lead counsel for Micrus is scheduled to be out of the country for business that cannot be rescheduled. To better coordinate with the Court's calendar and select a date for the claim construction hearing which is acceptable to the Court and on which lead trial counsel for both parties are available, the parties respectfully request a telephonic scheduling conference at the Court's earliest convenience. Boston Scientific is available on June 8, 2007 as scheduled by the Court. While it is willing to attempt to accommodate conflicts in Micrus's counsel's schedule, Boston Scientific is concerned about any further delay of the claim construction hearing.

In addition, during the teleconference, the parties further request clarification about the hearing process preferred by the Court. In particular, in light of the multiple tutorials the Court has already heard on the embolic coil technology at issue in this case in earlier pending litigations concerning the Boston Scientific patents-in-suit, the parties respectfully seek the Court's guidance as to whether a tutorial before this claim construction hearing would benefit the Court, and whether the Court would like the parties' experts present to testify at the claim construction hearing if those experts are available.

| | |
|---|---|
| | Respectfully submitted, |
| BOSTON SCIENTIFIC CORP. and<br>TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
| By: ___/s/ Roland H. Schwillinski___<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800<br>Fax: 415-986-2827<br><br>GOODWIN PROCTER LLP<br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Amanda M. Kessel (*Pro Hac Vice*)<br>Exchange Place<br>Boston, MA 02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-570-1231<br>Attorneys for Plaintiff | ___/s/ Douglas E. Lumish___<br>WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Eric Xanthopoulos (Bar No. 253973)<br>Rip J. Finst (Bar No. 234478)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650-802-3000<br>Fax: 650-802-3100<br>Attorneys for Defendant |

Dated: March 20, 2007

ORDER

The Court conducted a telephonic case management conference with counsel from the respective parties. The parties are to meet and confer and file a stipuluation with respect to a new Markman hearing date.

April 17, 2007

_____     _____
Date                                  United District Court Judge

Jt. Request For Telephonic Scheduling Conference To Set Claim Construction Hearing Date    2    (#267716)