1
2  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br>    Plaintiff and Counterdefendant, <br><br> v. <br><br> MICRUS CORPORATION, <br><br>    Defendant and Counterclaimant. | Case No. C 04 04072 (JW) <br><br> **STIPULATION TO AMEND SCHEDULE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus Corporation ("Micrus") hereby jointly request an order modifying the case schedule set by the Court's March 6, 2007 Order (Docket No. 127) setting the Claim Construction hearing in this case for June 8, 2007. In a telephonic conference with a Court clerk, the clerk identified June 1, 2007 as dates convenient for the Court for a claim construction hearing in this action. The clerk also explained that the Court did not require a tutorial and that there would be no expert testimony presented at the hearing. The proposed schedule would reset the claim construction hearing to June 1. The proposed schedule would also move up the date for claim construction reply briefing to reflect an earlier hearing date. The due date for the opposition briefs would remain unchanged.

Accordingly, the parties respectfully request that the Court enter the following schedule for the claim construction hearing and associated briefing in this case:

| *Event* | *Current Schedule* | *Revised due date* |
|---|---|---|
| Opposition briefs (responsive to opening briefs) | Mon., 04/30/07 | Mon., 04/30/07 |
| Reply briefs (responsive to opposition briefs) | Fri., 05/25/07 | Wed., 05/16/07 |
| Claim construction hearing | Fri., 06/08/07 | Fri., 06/01/07 |

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston concurs in the filing of this stipulation.

Dated: April 18, 2007

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By:   */s/ Roland H. Schwillinski* <br> FOLGER LEVIN & KAHN LLP <br> Michael F. Kelleher (Bar No. 165493) <br> Julie L. Fieber (Bar No. 202857) <br> Embarcadero Center West <br> 275 Battery Street, 23rd Floor <br> San Francisco, CA 94111 <br> Telephone: 415-986-2800 <br> Fax: 415-986-2827 <br><br> GOODWIN PROCTER LLP <br> J. Anthony Downs (*Pro Hac Vice*) <br> Roland H. Schwillinski (*Pro Hac Vice*) <br> Amanda M. Kessel (*Pro Hac Vice*) <br> Exchange Place <br> Boston, MA 02109-2881 <br> Telephone: 617-570-1000 <br> Fax: 617-570-1231 <br> Attorneys for Plaintiff | */s/ Douglas E. Lumish* <br> WEIL, GOTSHAL & MANGES LLP <br> Matthew D. Powers (Bar No. 104795) <br> Douglas E. Lumish (Bar No. 183863) <br> Eric Xanthopoulos (Bar No. 253973) <br> Rip J. Finst (Bar No. 234478) <br> Silicon Valley Office <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: 650-802-3000 <br> Fax: 650-802-3100 <br> Attorneys for Defendant |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 19, 2007

_____
Hon. James Ware
United States District Judge