[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICRUS CORPORATION, <br><br> Defendant. | Case No.: C 04 04072 (JW) <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO THE DECLARATION OF MICHAEL STRAPP IN SUPPORT OF BOSTON SCIENTIFIC'S OPENING CLAIM CONSTRUCTION BRIEF ON THE MICRUS '558 AND '219 PATENTS UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11(b), Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. ("Boston Scientific") hereby request that the Court file under seal Exhibit M to the Declaration of Michael Strapp in Support of Boston Scientific's Opening Claim Construction Brief On The Micrus '558 And '219 Patents. Boston Scientific submits this Miscellaneous Administrative Request in support of this request to file this material under seal. Counsel for Micrus has reviewed and does not object to this request.

Exhibit M has been designated as confidential under the draft Protective Order that is still being negotiated by the parties as it contains confidential inventor deposition testimony and proprietary information. Accordingly, the parties request that the Court grant this Miscellaneous Administrative Request, and file Exhibit M to the Strapp Declaration under seal. A Proposed Order granting this request is submitted herewith.

1   Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty
2   of perjury that counsel for Micrus concurs in the filing of this stipulation.

3

4   DATED: April 30, 2007

5   BOSTON SCIENTIFIC CORP. and            MICRUS CORPORATION
    TARGET THERAPEUTICS, INC.
6

7

8   By:   /s/                              By:   /s/

9   FOLGER LEVIN & KAHN LLP                WEIL, GOTSHAL & MANGES LLP
    Michael F. Kelleher (Bar No. 165493)   Matthew D. Powers (Bar No. 104795)
10  Julie L. Fieber (Bar No. 202857)       Douglas E. Lumish (Bar No. 183863)
    Embarcadero Center West                Eric Xanthopoulos (Bar No. 253973)
11  275 Battery Street, 23rd Floor         Rip J. Finst (Bar No. 234478)
12  San Francisco, CA 94111                Silicon Valley Office
    Telephone: 415-986-2800                201 Redwood Shores Parkway
13  Fax: 415-986-2827                      Redwood Shores, CA 94065
                                           Telephone: 650-802-3000
14                                         Fax: 650-802-3100
15  J. Anthony Downs (*Pro Hac Vice*)      Attorneys for Defendant
    Roland H. Schwillinski (*Pro Hac Vice*)
16  Michael G. Strapp (*Pro Hac Vice*)
    GOODWIN PROCTER LLP
17  Exchange Place
    Boston, MA  02109-2881
18  Telephone: 617-570-1000
19  Fax: 617-570-1231
    Attorneys for Plaintiff
20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No.: C04-04072-JW <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL |

Pursuant to Plaintiffs' Boston Scientific Corporation and Target Therapeutics, Inc. Miscellaneous Administrative Request, the following document shall be filed under seal and not placed in the public file in this action: Exhibit M to the Declaration of Michael Strapp in Support of Boston Scientific's Opening Claim Construction Brief On The Micrus '558 And '219 Patents.

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: __May 4__, 2007                    _____
                                          Hon. James Ware
                                          United States District Judge
                                          Northern District of California

LIBA/1785780.1