[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No. C 04 04072 (JW)<br><br>**STIPULATION TO EXTEND DATE FOR SUBMISSION OF CLAIM CONSTRUCTION REPLY BRIEFS PURSUANT TO PATENT L.R. 4-5 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus Corporation ("Micrus") hereby request an order extending the schedule for filing the Claim Construction Reply Briefs by two business days from May 16, 2007, the current date for submission of the parties' Claim Construction Reply Briefs, to May 18, 2007. This request does not alter any other date set by the Court. Under this revised due date and in accordance with Local Rule 7-3(c), the Claim Construction Reply Briefs will still be filed two weeks before the proposed Claim Construction hearing on June 1, 2007.

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty of perjury that counsel for Micrus concurs in the filing of this stipulation.

Stipulation To Extend Date For Submission Of Claim Construction Reply Briefs Pursuant To Patent L.R. 4-5 And [Proposed] Order

1

1

2  Dated: May 7, 2007

3  BOSTON SCIENTIFIC CORP. and                    MICRUS CORPORATION
4  TARGET THERAPEUTICS, INC.

5

6  By:  */s/ Michael G. Strapp*                   By:  */s/ Rip J. Finst*

7  FOLGER LEVIN & KAHN LLP                        WEIL, GOTSHAL & MANGES LLP
   Michael F. Kelleher (Bar No. 165493)           Matthew D. Powers (Bar No. 104795)
8  Julie L. Fieber (Bar No. 202857)               Douglas E. Lumish (Bar No. 183863)
9  Embarcadero Center West                        Eric Xanthopoulos (Bar No. 253973)
   275 Battery Street, 23rd Floor                 Rip J. Finst (Bar No. 234478)
10 San Francisco, CA 94111                        Silicon Valley Office
   Telephone:  415-986-2800                       201 Redwood Shores Parkway
11 Fax:  415-986-2827                             Redwood Shores, CA 94065
                                                  Telephone:  650-802-3000
12                                                Fax:  650-802-3100
13 J. Anthony Downs (*Pro Hac Vice*)              Attorneys for Defendant
   Roland H. Schwillinski (*Pro Hac Vice*)
14 Michael G. Strapp (*Pro Hac Vice*)
   GOODWIN PROCTER LLP
15 Exchange Place
   Boston, MA  02109-2881
16 Telephone:  617-570-1000
17 Fax:  617-570-1231
   Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

Stipulation To Extend Date For Submission Of Claim Construction        2
Reply Briefs Pursuant To Patent L.R. 4-5 And [Proposed] Order

1
2      **[PROPOSED] ORDER**

3   Pursuant to stipulation, IT IS SO ORDERED.

4
5
6   Dated: May 9, 2007                    _____
7                                          Hon. James Ware
8                                          United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SUPPORTING DECLARATION OF MICHAEL G. STRAPP

Pursuant to Civil L.R. 6-2, I, Michael G. Strapp, declare as follows

1. I am an associate in the law firm of Goodwin Procter LLP, a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific" or "Plaintiffs") in the above-captioned case. I have been admitted to practice before the Court *pro hac vice* for purposes of this action.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed **May 7, 2007** in Boston, Massachusetts.


                                            */s/ Michael G. Strapp*

                                            Michael G. Strapp