1  [APPEARANCES LISTED ON SIGNATURE PAGE]

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., | Case No. C 04-04072 (JW) |
|---|---|
| Plaintiffs, Counterdefendant and Counterclaimant, | **STIPULATED REQUEST TO EXTEND MICRUS CORPORATION'S TIME TO RESPOND TO BOSTON SCIENTIFIC CORP'S AND TARGET THERAPEUTICS, INC.'S FIRST AMENDED REPLY AND COUNTERCLAIMS; [PROPOSED] ORDER** |
| v. | |
| MICRUS CORPORATION, | |
| Defendant, Counterclaimant and Counterdefendant. | |

Pursuant to Federal Rule of Civil Procedure 15(a) and this stipulation, Defendant and Counterclaimant Micrus Corporation ("Micrus) hereby requests that the Court extend the deadline for Micrus to file a response to Plaintiffs and Counterdefendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") First Amended Reply and Counterclaims to Answer and Counterclaims of Defendant Micrus Corporation ("First Amended Reply;" Docket No. 182) from July 30, 2007 to August 30, 2007. Boston Scientific stipulates to this request.

1. Whereas on July 18, 2007, Boston Scientific filed its First Amended Reply.

2. Whereas the current deadline for Micrus Corporation to submit a response to Boston Scientific's Amended Reply is July 30, 2007 (*see* Fed. R. Civ. P. 15(a)).

3. Micrus requests that the deadline for it to file a response to the First Amended Reply be rescheduled from July 30, 2007 to August 30, 2007. Boston Scientific stipulates to this request.

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston Scientific concurs in the filing of this stipulated request.

DATED:      July 24, 2007

| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: /s/ Roland H. Schwillinski<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery St., 23rd Flr.<br>San Francisco, CA 94111<br>Tel:    415-986-2800<br>Fax:   415-986-2827<br><br>J. Anthony Downs *(Pro Hac Vice)*<br>Roland H. Schwillinski *(Pro Hac Vice)*<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>Tel:    617-570-1000<br>Fax:   617-570-1231<br><br>*Attorneys for Plaintiffs/Counterclaimants* | By: /s/ Douglas E. Lumish<br>WEIL GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Rip Finst (Bar No. 234478)<br>Eric Xanthopoulos (Bar No. 253973)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel:    650-802-3000<br>Fax:   650-802-3100<br><br>*Attorneys for Defendant,*<br>*Counterclaimant and Counterdefendant* |

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __July 30__, 2007      _____
Hon. James Ware
United States District Judge
Northern District of California