| | |
|---|---|
| 1 | **[APPEARANCES LISTED ON SIGNATURE PAGE]** |
| 2 | |
| 3 | |
| 4 | *E-FILED 10/30/07 |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 12 | BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., | Case No. C 04-04072 (JW) |
| 13 | | **JOINT STIPULATION REGARDING MICRUS' MOTION TO COMPEL THE RETURN OF DOCUMENTS** AND ORDER THEREON |
| 14 | Plaintiffs and Counterdefendant, | |
| 15 | v. | Magistrate Judge Richard Seeborg |
| 16 | MICRUS CORPORATION, | |
| 17 | Defendant and Counterclaimant. | |

1    WHEREAS on October 17, 2007, Defendant Micrus Corporation ("Micrus") filed
2 a Motion to Compel the Return of Documents ("Motion;" Docket No. 188).
3    WHEREAS on October 22, 2007, Plaintiffs Boston Scientific Corporation and
4 Target Therapeutics, Inc. (collectively "Boston Scientific") and Micrus agreed as follows:

- Boston Scientific would return all documents-at-issue in Micrus' Motion, destroy all electronic copies and accept redacted versions of MIC 93016; MIC 93372 – 93374; MIC 93375 – 93377; MIC 93381 – 93383; MIC 93387 – 93389; MIC 93408 – 93409; and MIC 93414 – 93416, which were previously produced by Micrus;
- Micrus would withdraw its Motion upon the return/destruction of the subject documents; and
- Boston Scientific reserved its rights to challenge Micrus' claims of privilege and/or work product as to the nine documents-at-issue if they become relevant to this lawsuit.

WHEREAS on October 26, 2007 BSC certified that it had returned all original documents and copies recalled by Micrus.

WHEREAS on October 29, 2007 BSC agreed to destroy all electronic copies of the documents-at-issue no later than November 12, 2007.

Having resolved the issues set forth in Micrus' Motion, Micrus withdraws its motion and the parties hereby request that the Court vacate the hearing previously scheduled for November 21, 2007.

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston Scientific concurs in the filing of this stipulation and request.

DATED:    October 29, 2007

| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: _____*/s/ Roland H. Schwillinski*_____<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery St., 23rd Flr.<br>San Francisco, CA 94111<br>Tel:     415-986-2800<br>Fax:    415-986-2827<br><br>J. Anthony Downs *(Pro Hac Vice)*<br>Roland H. Schwillinski *(Pro Hac Vice)*<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>Tel:     617-570-1000<br>Fax:    617-570-1231<br><br>*Attorneys for Plaintiffs* | By: _____*/s/ Douglas E. Lumish*_____<br>WEIL GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Rip Finst (Bar No. 234478)<br>Eric Xanthopoulos (Bar No. 253973)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel:     650-802-3000<br>Fax:    650-802-3100<br><br>*Attorneys for Defendant and Counterclaimant* |

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is HEREBY ORDERED:

The hearing on Micrus' Motion, scheduled for November 21, 2007, is VACATED.

Dated: __October 29, 2007__, 2007

_/s/ Richard Seeborg_
Honorable Richard Seeborg
U.S. District Magistrate Judge