[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No. C 04 04072 (JW)<br><br>**STIPULATION TO EXTEND DATES FOR SERVICE OF FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and defendant Micrus Corporation ("Micrus") hereby request an order for a short extension for the deadlines for exchanging final infringement contentions and final invalidity contention. Under the revised deadlines, final infringement contentions will be due on April 28, 2008 and final invalidity contentions will be due on May 19, 2008. This request does not alter any other date set by the Court.

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty of perjury that counsel for Micrus concurs in the filing of this stipulation.

Stipulation To Extend Dates For Service Of Final Infringement And Invalidity Contentions Pursuant To Patent L.R. 3-6 And [Proposed] Order

1

1

2  Dated:  April 28, 2008

3  BOSTON SCIENTIFIC CORP. and                    MICRUS CORPORATION
   TARGET THERAPEUTICS, INC.
4

5

6  By:  /s/ Michael G. Strapp                     By:  /s/ Rip J. Finst

7  FOLGER LEVIN & KAHN LLP                        WEIL, GOTSHAL & MANGES LLP
   Michael F. Kelleher (Bar No. 165493)           Douglas E. Lumish (Bar No. 183863)
8  Embarcadero Center West                        Eric Xanthopoulos (Bar No. 253973)
   275 Battery Street, 23rd Floor                 Rip J. Finst (Bar No. 234478)
9  San Francisco, CA 94111                        Silicon Valley Office
10 Telephone:  415-986-2800                       201 Redwood Shores Parkway
   Fax:  415-986-2827                             Redwood Shores, CA 94065
11                                                Telephone:  650-802-3000
                                                  Fax:  650-802-3100
12 GOODWIN PROCTER LLP                            Attorneys for Defendant
13 J. Anthony Downs (*Pro Hac Vice*)
   Roland H. Schwillinski (*Pro Hac Vice*)
14 Michael G. Strapp (*Pro Hac Vice*)
   Exchange Place
15 Boston, MA  02109-2881
16 Telephone:  617-570-1000
   Fax:  617-570-1231
17 Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

Stipulation To Extend Dates For Service Of Final Infringement And                    2
Invalidity Contentions Pursuant To Patent L.R. 3-6 And [Proposed]
Order

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 30, 2008

_____
Hon. James Ware
United States District Judge

Stipulation To Extend Dates For Service Of Final Infringement And Invalidity Contentions Pursuant To Patent L.R. 3-6 And [Proposed] Order

3

## SUPPORTING DECLARATION OF MICHAEL G. STRAPP

Pursuant to Civil L.R. 6-2, I, Michael G. Strapp, declare as follows

1.  I am an associate in the law firm of Goodwin Procter LLP, a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific" or "Plaintiffs") in the above-captioned case. I have been admitted to practice before the Court *pro hac vice* for purposes of this action.

2.  The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3.  There have not been any prior modifications to the schedule for the exchange of final infringement and invalidity contentions pursuant to Patent Local Rule 3-6.

4.  The requested time modification will not have any effect on the schedule set for the remainder of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 28, 2008 in Boston, Massachusetts.

*/s/ Michael G. Strapp*
Michael G. Strapp

Stipulation To Extend Dates For Service Of Final Infringement And Invalidity Contentions Pursuant To Patent L.R. 3-6 And [Proposed] Order

4