[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRUS CORPORATION,<br><br>Defendant. | Case No. C 04 04072 (JW)<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING OF BSC'S REPLY AND COUNTERCLAIMS TO THE FIRST AMENDED ANSWER AND COUNTERCLAIMS OF MICRUS CORPORATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "BSC") and defendant Micrus Corporation ("Micrus") hereby request an order for a two-week extension of the deadline for filing BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation. Under the revised deadline, BSC's Reply and Counterclaims will be due on August 25, 2008. This request does not alter any other date set by the Court.

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty of perjury that counsel for Micrus concurs in the filing of this stipulation.

Stipulation To Extend Deadline For Filing of BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation and [Proposed] Order

1

1

2   Dated: August 6, 2008

3   BOSTON SCIENTIFIC CORP. and                MICRUS CORPORATION
    TARGET THERAPEUTICS, INC.
4

5

6   By:  /s/ Heather P. Sobel                  By:  /s/ Rip J. Finst

7   FOLGER LEVIN & KAHN LLP                    WEIL, GOTSHAL & MANGES LLP
    Michael F. Kelleher (Bar No. 165493)       Douglas E. Lumish (Bar No. 183863)
8   Embarcadero Center West                    Eric Xanthopoulos (Bar No. 253973)
9   275 Battery Street, 23rd Floor             Rip J. Finst (Bar No. 234478)
    San Francisco, CA 94111                    Silicon Valley Office
10  Telephone: 415-986-2800                    201 Redwood Shores Parkway
    Fax: 415-986-2827                          Redwood Shores, CA 94065
11                                             Telephone: 650-802-3000
                                               Fax: 650-802-3100
12  GOODWIN PROCTER LLP                        Attorneys for Defendant
13  J. Anthony Downs (*Pro Hac Vice*)
    Roland H. Schwillinski (*Pro Hac Vice*)
14  Michael G. Strapp (*Pro Hac Vice*)
15  Heather P. Sobel (*Pro Hac Vice*)
    Exchange Place
16  Boston, MA 02109-2881
    Telephone: 617-570-1000
17  Fax: 617-570-1231
    Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

Stipulation To Extend Deadline For Filing of BSC's Reply and          2
Counterclaims to the First Amended Answer and Counterclaims of
Micrus Corporation and [Proposed] Order

1
2    **[~~PROPOSED~~] ORDER**

     Pursuant to stipulation, IT IS SO ORDERED.
3
4
5
     Dated: August 12, 2008                          _____
6
                                                     Hon. James Ware
7
                                                     United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation To Extend Deadline For Filing of BSC's Reply and          3
Counterclaims to the First Amended Answer and Counterclaims of
Micrus Corporation and [Proposed] Order

### **SUPPORTING DECLARATION OF HEATHER P. SOBEL**

Pursuant to Civil L.R. 6-2, I, Heather P. Sobel, declare as follows

1. I am an associate in the law firm of Goodwin Procter LLP, a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "BSC" or "Plaintiffs") in the above-captioned case. I have been admitted to practice before the Court *pro hac vice* for purposes of this action.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3. There have not been any prior modifications to the schedule for the filing of BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation.

4. The requested time modification will not have any effect on the schedule set for the remainder of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 6, 2008 in Boston, Massachusetts.

*/s/ Heather P. Sobel*
Heather P. Sobel

Stipulation To Extend Deadline For Filing of BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation and [Proposed] Order

4