1  [SEE SIGNATURE PAGE FOR ATTORNEY
2  NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRUS CORPORATION, <br><br> Defendant. | Case No. C 04 04072 (JW) <br><br> **STIPULATION TO EXTEND DEADLINE FOR FILING OF BSC'S REPLY AND COUNTERCLAIMS TO THE FIRST AMENDED ANSWER AND COUNTERCLAIMS OF MICRUS CORPORATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "BSC") and defendant Micrus Corporation ("Micrus") hereby request an order for an additional two-week extension of the deadline for BSC to respond to the First Amended Answer and Counterclaims of Micrus Corporation. The parties request this extension because they are in settlement discussions. BSC and Micrus have executed a Non-Binding Term Sheet and are in the process of negotiating a final settlement agreement. Under the revised deadline, BSC's Reply and Counterclaims will be due on September 8, 2008. This request does not alter any other date set by the Court.

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attests under penalty of perjury that counsel for Micrus concurs in the filing of this stipulation.

Dated: August 22, 2008

| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: */s/ Heather P. Sobel* | By: */s/ Rip J. Finst* |
| FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800<br>Fax: 415-986-2827<br><br>GOODWIN PROCTER LLP<br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Michael G. Strapp (*Pro Hac Vice*)<br>Heather P. Sobel (*Pro Hac Vice*)<br>Exchange Place<br>Boston, MA  02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-570-1231<br>Attorneys for Plaintiff | WEIL, GOTSHAL & MANGES LLP<br>Douglas E. Lumish (Bar No. 183863)<br>Rip J. Finst (Bar No. 234478)<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650-802-3000<br>Fax: 650-802-3100<br>Attorneys for Defendant |

Stipulation To Extend Deadline For Filing of BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation and [Proposed] Order

2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  September 5, 2008                           _____

Hon. James Ware

United States District Judge

## SUPPORTING DECLARATION OF HEATHER P. SOBEL

Pursuant to Civil L.R. 6-2, I, Heather P. Sobel, declare as follows

1. I am an associate in the law firm of Goodwin Procter LLP, a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "BSC" or "Plaintiffs") in the above-captioned case. I have been admitted to practice before the Court *pro hac vice* for purposes of this action.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3. There has been only one prior modification to the schedule (a previous two-week extension) for the filing of BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation.

4. The requested time modification will not have any effect on the schedule set for the remainder of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 22, 2008 in Boston, Massachusetts.

                                        */s/ Heather P. Sobel*
                                        Heather P. Sobel