**[APPEARANCES LISTED ON SIGNATURE PAGE]**

*IT IS SO ORDERED*
*Judge James Ware*
9/24/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs and Counterdefendant, <br><br> v. <br><br> MICRUS CORPORATION, <br><br> Defendant and Counterclaimant. | Case No. C 04-04072 (JW) <br><br> **STIPULATED REQUEST TO EXTEND MICRUS CORPORATION'S TIME TO RESPOND TO BOSTON SCIENTIFIC CORP'S AND TARGET THERAPEUTICS, INC.'S REPLY AND COUNTERCLAIMS TO MICRUS'S FIRST AMENDED ANSWER AND COUNTERCLAIMS; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "BSC") and defendant Micrus Corporation ("Micrus") hereby request an order for a thirty (30) day extension of the deadline for Micrus to respond to BSC's Reply And Counterclaims To First Amended Answer And Counterclaims of Micrus, filed September 8, 2008 [Docket No. 214]. The parties request this extension because they have entered into an agreement settling this action and will file shortly a stipulated dismissal. Under the revised deadline, Micrus's response will be due on October 30, 2008; however, the parties expect that the dismissal will be entered before that revised deadline. This request does not alter any other date set by the Court.

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston Scientific concurs in the filing of this stipulated request.

DATED:     September 23, 2008

| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC. | MICRUS CORPORATION |
|---|---|
| By: _____ */s/ Roland H. Schwillinski* _____<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery St., 23rd Flr.<br>San Francisco, CA 94111<br>Tel:     415-986-2800<br>Fax:     415-986-2827<br><br>Roland H. Schwillinski *(Pro Hac Vice)*<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>Tel:     617-570-1000<br>Fax:     617-570-1231<br><br>*Attorneys for Plaintiffs and Counterdefendants* | By: _____ */s/ Rip Finst* _____<br>WEIL GOTSHAL & MANGES LLP<br>Matthew D. Powers (Bar No. 104795)<br>Douglas E. Lumish (Bar No. 183863)<br>Rip Finst (Bar No. 234478)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel:     650-802-3000<br>Fax:     650-802-3100<br><br>*Attorneys for Defendant and Counterclaimant.* |

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, IT IS SO ORDERED.

3

Deadline to respond due October 30, 2008 or if needed, a further request for extension should be filed.  If the parties file a stipulated dismissal prior to the deadline, all further deadlines will be vacated.

4

5

6 Dated:   September 24, 2008            _____

Hon. James Ware, United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUPPORTING DECLARATION OF RIP FINST**

I, Rip Finst, declare:

1. I am a member of the Bar of this Court and an associate with the law firm of Weil, Gotshal & Manges LLP, counsel of record for defendant and counterclaimant Micrus Corporation ("Micrus") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that the schedule should be extended as requested above.

3. There have been no prior modifications to the schedule for the filing of Micrus's response to BSC's Reply and Counterclaims to the First Amended Answer and Counterclaims of Micrus Corporation.

4. The requested time modification will not have any effect on the schedule set for the remainder of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2008 at Redwood Shores, California.

                                                                        /s/ *Rip Finst*
                                                                            Rip Finst