[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,

Plaintiff and Counterdefendant,

v.

MICRUS CORPORATION,

Defendant and Counterclaimant.

Case No. C 04- 04072 (JW)

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN BOSTON SCIENTIFIC AND MICRUS AND [PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), the plaintiffs, Boston Scientific Corp. and Target Therapeutics, Inc., and defendant Micrus Corporation, hereby move for an order dismissing the above-entitled action, including all claims and counterclaims, in its entirety, with prejudice, with each party to bear its own costs, expenses and attorneys fees. The parties respectfully request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). The parties waive all right to appeal from this Stipulation and dismissal.

**IT IS SO STIPULATED.**

Consent to the entry of the foregoing dismissal and attached [Proposed] Order is hereby acknowledged.

Pursuant to General Order 45, § X(B), counsel for Micrus attests under penalty of perjury that counsel for Boston Scientific concurs in the filing of this stipulation.

Dated: October 3, 2008

BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.

By: *_/s/ Roland H. Schwillinski_*

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (Bar No. 165493)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415-986-2800
Fax: 415-986-2827
Fax: 650-802-3100
Attorneys for Defendant and
Counterclaimant

GOODWIN PROCTER LLP
J. Anthony Downs (Pro Hac Vice)
Roland H. Schwillinski (Pro Hac Vice)
Michael G. Strapp (Pro Hac Vice)
Heather P. Sobel (Pro Hac Vice)
Exchange Place
Boston, MA 02109-2881
Telephone: 617-570-1000
Fax: 617-570-1231
Attorneys for Plaintiff and
Counterdefendant

MICRUS CORPORATION

By: *_/s/ Douglas E. Lumish_*

WEIL, GOTSHAL & MANGES LLP
Douglas E. Lumish (Bar No. 183863)
Rip J. Finst (Bar No. 234478)
Silicon Valley Office
Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED:

This case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: October 8, 2008

Hon. James Ware
United States District Judge